**Exhibit A to the Complaint**

**Location:** Quarryville, PA  **IP Address:** 73.187.33.55
**Total Works Infringed:** 24  **ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 861037887CA183194D371E1EDA90006F7F481AAC<br>File Hash:<br>F74C624E2D49C957BC1ACFAD21A574E0A37C6B69A75BDD798F8816AACB4CEE6D | 04/12/2024<br>03:56:19 | Blacked Raw | 09/04/2023 | 09/17/2023 | PA0002430908 |
| 2 | Info Hash: 21AC017CE2AE12C94DF514C6F295DDBAC7D119EC<br>File Hash:<br>B394175A4EFC71FD57CD85C0532BBFE56617A13CE94D64710B729F6DFAAEC6D7 | 04/12/2024<br>03:50:31 | Vixen | 10/06/2023 | 10/18/2023 | PA0002435605 |
| 3 | Info Hash: AD8F1FC3A7295906A712628C84DCC05586E04632<br>File Hash:<br>654B930D4C8551A8218B64EA0D15F347CE40C1AFBC14C288EA92BAEB2BC67E12 | 04/10/2024<br>21:40:05 | Vixen | 04/05/2024 | 04/12/2024 | PA0002465444 |
| 4 | Info Hash: BCAC125DC5312F38140F6BD78030284C4189BB87<br>File Hash:<br>E1D68BF0C5A394624C6BD09FE7F7A3F581E29BE781A97D947BB49C4B7DF34370 | 03/28/2024<br>04:46:21 | Vixen | 03/20/2019 | 04/17/2019 | PA0002186982 |
| 5 | Info Hash: F4A97918835DD58FE77C6616EE92FF2840C5596A<br>File Hash:<br>B89E9FB1DFA96D2D99CA79899F4D1E4DE93F49A3D29058DF1A2760B109555666 | 04/17/2023<br>07:44:47 | Tushy | 09/05/2021 | 09/21/2021 | PA0002312671 |
| 6 | Info Hash: E4B0A0BC3ABC031469C2C28E043845FC1107D41E<br>File Hash:<br>D02CC5CDE1A25BDA521B09BC8D09D3FEAE1EAA29357C4C55C17A5EDEBACC041A | 04/17/2023<br>07:16:44 | Tushy | 01/30/2022 | 03/04/2022 | PA0002345788 |
| 7 | Info Hash: AD6175D24714049B246E2C2976BED4EA9FEC2F8A<br>File Hash:<br>E8240E3BC4A81A43B5E6928F8CDF864FD0B5F64395C5BCCE88FD9E70B53215B0 | 03/29/2023<br>03:03:40 | Blacked Raw | 01/09/2023 | 01/27/2023 | PA0002393075 |
| 8 | Info Hash: EE12BCC87B83A77998F3B3C521D43D108352A266<br>File Hash:<br>E46E99A0F34BB9F203E4FC9CCB3DCB96AC565C1231E093ED9DC9E3D6453397E1 | 03/29/2023<br>02:40:28 | Blacked Raw | 04/18/2022 | 04/23/2022 | PA0002346421 |
| 9 | Info Hash: 8249D0CB2ADBDF0282E05F2C1B69B96F34DCADA9<br>File Hash:<br>507F881DD8E1A9465284B0ADB016A3E17867DFF4DA470BA4E8614776E49DD945 | 03/29/2023<br>02:34:57 | Tushy | 10/09/2022 | 11/27/2022 | PA0002389321 |
| 10 | Info Hash: 348E2497AA430140D991AD5E865442FC409E317E<br>File Hash:<br>DA411E6DDEC0218FEB6717E7DDB000FD20FA98508F3FADD3DFFED43A71564ECF | 03/29/2023<br>02:31:52 | Vixen | 03/18/2022 | 04/21/2022 | PA0002353056 |
| 11 | Info Hash: 9A9A5BD85B60418AA1B011C2674B5EA04DE3BE29<br>File Hash:<br>805B59B49AEBDB1080E6E9A4437AA0EB153D34B378C50B9CE053538291FDF2AB | 03/20/2023<br>23:19:35 | Tushy | 05/31/2020 | 06/16/2020 | PA0002253261 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: C44085C07C791D8342CD27FBFA50D418806F1A03<br>File Hash: 075069C39BEB463B4D485C11FFD06CDB81C6265A0FD0885F8DD16EAF53A68680 | 07/19/2022 01:03:04 | Vixen | 07/15/2022 | 07/22/2022 | PA0002359477 |
| 13 | Info Hash: 52415955D6C3B99F3A3F89BBB89E71FA8FD528AD<br>File Hash: 08C24B2CBF4AC4FB19EE75BA77EA9E37123EA38456B44B8319806394D22146D9 | 05/28/2022 15:24:06 | Vixen | 02/11/2022 | 02/14/2022 | PA0002335457 |
| 14 | Info Hash: 8D878655DEB4636D10C6CDBE883DBF3BED0B1711<br>File Hash: 15153D6C6AC51E4A4CF1DB70CC5FA80FCA70C439AC975CE432934B51A00B66A1 | 04/26/2022 14:54:29 | Tushy | 02/06/2022 | 02/14/2022 | PA0002335460 |
| 15 | Info Hash: E08A579A5855F203398159A7199B1A6F93116469<br>File Hash: C02B4B379D2CAE4026C910DC17F50ACE7E7ECCCB351CB584B7BE95392AEF4D6F | 04/26/2022 14:52:24 | Tushy | 02/27/2022 | 03/29/2022 | PA0002342706 |
| 16 | Info Hash: F12218F15BD6E15F25201063B5C0CC7CA511D9D9<br>File Hash: D807420221C4DDA8530E29B4C6377235CDD420159255178DBB019772ADCC4BD8 | 04/26/2022 14:48:35 | Tushy | 03/20/2022 | 03/29/2022 | PA0002342842 |
| 17 | Info Hash: B54230515B0908BB56E4578841B788C38E6D665F<br>File Hash: 21BC1F5CABFE4D3023895A0872A8DAF327598A0747EFC117EF4C4B4E918C98E4 | 01/14/2022 00:14:52 | Blacked Raw | 07/19/2021 | 08/23/2021 | PA0002308404 |
| 18 | Info Hash: 36261194ADAD3999D2A29A6BD902C9D239C6119B<br>File Hash: 55B19879517AD9840756D6B9158C36D51D3AA5FA55BA430A72E2EB4F08338B5E | 01/13/2022 23:06:24 | Blacked | 10/09/2021 | 10/19/2021 | PA0002317059 |
| 19 | Info Hash: 207FE53DA3CFCFB759291CF70E0760D46B94A74E<br>File Hash: FF5C09E3EF632D12B115F046959C19523BC45550B5C60005D816F8D897BA6CF8 | 12/23/2021 20:45:24 | Vixen | 06/05/2020 | 06/22/2020 | PA0002245631 |
| 20 | Info Hash: 76F442D9C1D44DBCA7E9694E06BAC9FDEFA1286B<br>File Hash: 07804F7A6BD22E48684AEC6C8DDA18FC0C431D770A7AE0785B1FD1E2DA8B8D2C | 12/09/2021 00:45:08 | Tushy | 07/10/2019 | 08/02/2019 | PA0002192298 |
| 21 | Info Hash: 89A786F4E58FC7AE5F23AEB11926167D194D9B42<br>File Hash: 617C286A702D55D648CBFCBE67E272572E0331E6A4A16C15DB68F3D5C33BCB89 | 12/08/2021 08:06:37 | Tushy | 06/07/2020 | 06/25/2020 | PA0002255506 |
| 22 | Info Hash: A1E1A3C583B67DD01750FA4D4D932F440E49B6EF<br>File Hash: B6127B3C4433AB85FA51CB927297EE381F1B7FB19170BF1665D9B9A044551C5D | 07/21/2021 22:19:38 | Blacked Raw | 05/10/2021 | 06/15/2021 | PA0002296920 |
| 23 | Info Hash: 4B063D2CDBB450B1C351B78B13CB507EBBCE48EA<br>File Hash: 3D0EB2AF1060E22B9282DAE9CB6E000D1F3EE887C207F004770841ACEF03507C | 06/19/2021 18:46:05 | Blacked Raw | 05/25/2020 | 06/22/2020 | PA0002245633 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 06CA22346DC6768EBD872B546D3F25EB7D4554C4<br>File Hash: A9BF351C54BA321634D9FB08DD4B6BAEAB6036D7AF554FB54205D56B10AA3FAD | 06/19/2021 18:37:23 | Blacked | 09/26/2020 | 10/22/2020 | PA0002261801 |