UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | ) |
| | ) |
| Plaintiff, | ) Civil Case No. 5:24-cv-01763-JLS |
| | ) |
| v. | ) Judge Jeffrey L. Schmehl |
| | ) |
| JOHN DOE subscriber assigned IP address 73.187.33.55, | ) |
| | ) |
| Defendant. | ) |

PLAINTIFF'S VOLUNTARY DISMISSAL
WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe subscriber assigned IP address 73.187.33.55 are voluntarily dismissed without prejudice.

Dated: July 22, 2024            Respectfully submitted,

By: */s/ John C. Atkin*
John C. Atkin, Esq. (326957)
The Atkin Firm, LLC
55 Madison Avenue, Suite 400
Morristown, NJ 07960
Tel: (973) 314-8010 / Fax: (833) 693-1201
JAtkin@AtkinFirm.com
*Attorneys for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: */s/ John C. Atkin*
John C. Atkin, Esq. (326957)